UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THORNELL RENFRO and CAROL RENFROE,

Plaintiffs,

v.

DAYTON FREIGHT LINES, INCORPORATED,

Defendant.
_____/

Case No. 16-cv-13018

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**ORDER DENYING DEFENDANT'S APPLICATION TO RELIEVE DEFENSE COUNSEL OF NEED TO RETAIN LOCAL COUNSEL [16]**

On August 19, 2016, Thornell Renfro ("Plaintiff") brought this lawsuit for a state law claim of negligence or gross negligence against Dayton Freight Lines ("Defendant"). On November 3, 2016, Defendant submitted an application seeking to be relieved of the requirement to retain local counsel, pursuant to Local Rule 83.20(f). Dkt. No. 16.

After considering Defendant's application, the Court finds that Defendant has not provided good cause to be relieved of the obligation to secure local counsel. Accordingly, Defendant's Motion [16] is **DENIED**.

IT IS SO ORDERED.

-1-

-2-

Dated: November 4, 2016

/s/Gershwin A Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge